# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Jolene M. Jaynes-Davis, | Case No. 23-CV-02297 (JMB/DLM) |
| Plaintiff, | |
| v. | **ORDER** |
| Martin J. O'Malley,<br>*Commissioner of Social Security Administration*, | |
| Defendant. | |

Edward C. Olson, Reitan Law Office, Minneapolis, MN, and Clifford Michael Farrell (*pro hac vice*), Manfing & Farrell, Dublin, OH, for Plaintiff Jolene M. Jaynes-Davis.

Ana H. Voss, United States Attorney's Office, Minneapolis, MN, and Chris Carillo, James D. Sides, and Sophie Doroba, Social Security Administration, Baltimore, MD, for Defendant Martin J. O'Malley, Commissioner of Social Security Administration.

This matter is before the Court on Plaintiff Jolene M. Jaynes-Davis's and Defendant Commissioner of Social Security's (Commissioner) Joint Motion for Attorneys' Fees. (Doc. No. 27.)  Pursuant to that motion and based on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT the Joint Motion for Attorneys' Fees (*id.*) is GRANTED.

Jaynes-Davis is awarded attorneys' fees in the amount of $5,100.00 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, which shall fully and completely satisfy any and all claims for fees, costs, and/or expenses that may have been payable to Jaynes-Davis in this matter pursuant to the EAJA.  If it is determined upon effectuation of this

1

Order that Jaynes-Davis does not owe a debt that is subject to offset under the United States Treasury Offset Program, the Commissioner shall direct that the award of EAJA attorneys' fees be made payable to Jaynes-Davis but mailed to Jaynes-Davis's counsel at 5810 Shier Rings Road, Front, Dublin, Ohio 43016.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  October 22, 2024                                       /s/ *Jeffrey M. Bryan*
                                                                                  Judge Jeffrey M. Bryan
                                                                                  United States District Court